Alice Gorta, Respondent, v. Albert P. Gorta, Appellant.— In an action for separation, judgment in favor of plaintiff modified on the facts by striking from the second and third ordering paragraphs the figures "$60" and inserting

in said paragraphs in place thereof the figures "$40"; and by striking from the third ordering paragraph the figures "$805.65" and inserting in place thereof the figures "537.13". As thus modified, the judgment is unanimously affirmed, without costs. The second conclusion of law is amended by striking out the figures "$60" and inserting in place thereof the figures "$40". The third conclusion of law is amended by striking out the figures "$60" and "$805.65" and inserting in place thereof, respectively, the figures "$40" and "$537.13". In our opinion the allowance of $60 weekly for the support and maintenance of plaintiff was excessive. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. Settle order on notice.